| | | |
|---|---|---|
| People v Cushman (Sarah) | 4th Dept: 142 AD3d 1286 (Monroe) | denied 2/16/17 (Rivera, J.) (Appeal No. 1) |
| People v Cushman (Sarah) | 4th Dept: 142 AD3d 1287 (Monroe) | denied 2/16/17 (Rivera, J.) (Appeal No. 2) |
| People v Cushman (Sarah) | 4th Dept: 142 AD3d 1287 (Monroe) | denied 2/16/17 (Rivera, J.) (Appeal No. 3) |
| People v Dailey | 4th Dept: 144 AD3d 1590 (Niagara) | denied 2/16/17 (Rivera, J.) |
| People v Daniels | 3d Dept: 139 AD3d 1256 (Albany) | denied 2/16/17 (Rivera, J.) |
| People v Davis (Kenneth) | 1st Dept: 145 AD3d 623 (NY) | denied 2/24/17 (Rivera, J.) |
| People v Davis (Marc) | 4th Dept: 144 AD3d 1682 (Niagara) | denied 2/14/17 (DiFiore, Ch. J.) |
| People v Davis (Sean) | 1st Dept: 144 AD3d 486 (NY) | denied 2/16/17 (Rivera, J.) |
| People v Degraffenreid | 2d Dept: 144 AD3d 1051 (Orange) | denied 2/23/17 (Stein, J.) |
| People v Diaz | 1st Dept: 143 AD3d 559 (NY) | denied 2/2/17 (Abdus-Salaam, J.) |
| People v Dickson | 1st Dept: 143 AD3d 494 (NY) | denied 2/13/17 (Stein, J.) |
| People v Doe | 1st Dept: 145 AD3d 529 (NY) | denied 2/15/17 (Garcia, J.) |
| People v Drake | App Div, 4th Dept: 2016 NY Slip Op 89799(U) (Erie) | denied 2/22/17 (Abdus-Salaam, J.) |
| People v Edwards | 1st Dept: 144 AD3d 563 (NY) | denied 2/23/17 (Fahey, J.) |
| People v Eightcho | 3d Dept: 141 AD3d 1013 (Schenectady) | denied 2/23/17 (DiFiore, Ch. J.) |
| People v Elliot | 1st Dept: 144 AD3d 611 (Bronx) | denied 2/9/17 (DiFiore, Ch. J.) |
| People v Eriksen | 3d Dept: 145 AD3d 1110 (Ulster) | denied 2/21/17 (Fahey, J.) |
| People v Espejo | 2d Dept: 145 AD3d 1031 (Queens) | denied 2/21/17 (Stein, J.) |
| People v Espinal | 2d Dept: 143 AD3d 999 (Queens) | denied 2/13/17 (Stein, J.) |
| People v Everett | 2d Dept: 142 AD3d 717 (Dutchess) | denied 2/24/17 (Rivera, J.) |
| People v Femminella | 1st Dept: 145 AD3d 441 (NY) | denied 2/7/17 (DiFiore, Ch. J.) |
| People v Fernandez | 2d Dept: 144 AD3d 840 (Nassau) | denied 2/16/17 (Rivera, J.) |
| People v Ferreira | 1st Dept: 144 AD3d 612 (Bronx) | denied 2/22/17 (Abdus-Salaam, J.) |